UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-387 (TJK) |
| | : | |
| **RONALD ALFRED BRYAN,** | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, moves the Court for the entry of an order continuing and converting the status hearing presently set for June 27, 2024 at 11:00 a.m. to a change of plea hearing on August 2, 2024 at 2:00 p.m. The parties agree that the time between now and the date of the next hearing should be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and request that the hearing be converted to a plea hearing. There is no opposition to the entry of an order from the defense.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    /s/
CYTHERIA D. JERNIGAN
DC Bar No. 494742
Assistant U.S. Attorney, WDLA
Detailed to the U.S. Attorney's Office
for the District of Columbia
601 D. Street, N.W.
Washington, D.C. 20530
(318) 676-3611 (v)
Cytheria.Jernigan@usdoj.gov